DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BANK v. HAMMOND

No. 88 PC.

No. 41 (Fall Term)

Case below: 40 N.C. App. 34.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 1 May 1979.

BRANTLEY v. NEAL

No. 59 PC.

Case below: 39 N.C. App. 734.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 May 1979.

BROOKS, COMR. OF LABOR v. ENTERPRISES, INC.

No. 42 PC.

No. 37 (Fall Term).

Case below: 39 N.C. App. 529.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 1 May 1979. Defendants' notice of appeal allowed 1 May 1979.

BURKHIMER v. GEALY

No. 46 PC.

Case below: 39 N.C. App. 450.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 May 1979.

CAMBY v. RAILWAY CO. and WRIGHT v. RAILWAY CO.

No. 65 PC.

Case below: 39 N.C. App. 455.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 May 1979.